AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCarthy, Jeremiah J. | United States District Court | 10/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Robert H. Jackson United States Courthouse
2 Niagara Square, Room 690
Buffalo, New York 14202-3498

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Timothy V. Riordan Supplemental Needs Trust |
| 2. | Director | Hilbert College |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Niagara Checking | A | Interest | J | T | | | | | |
| 2. First Niagara Savings | A | Interest | M | T | | | | | |
| 3. First Niagara Supp. Needs Trust Acct | A | Interest | K | T | | | | | |
| 4. M&T Bank Savings Account | A | Interest | J | T | | | | | |
| 5. Franklin NY Intermediate - Term Tax Fee Income Fund Class A | A | Dividend | J | T | | | | | |
| 6. Columbian Mutual Life Ins. Co. | A | Interest | | | Redeemed | 04/14/15 | K | | |
| 7. Fundamental Investors A (American Fund) | A | Interest | J | T | | | | | |
| 8. Fundamental Investors A (American Fund) | A | Interest | J | T | | | | | |
| 9. Doubleline Total Rt Bond FD | A | Int./Div. | K | T | | | | | |
| 10. Fidelity Cash Reserves n/k/a Bank Deposit Sweep Program | A | Interest | L | T | | | | | |
| 11. Goldman Sachs Strg Income Fund | A | Dividend | | | Sold | 01/30/15 | K | | |
| 12. John Hancock Discipl, Value Mid Cap | D | Dividend | L | T | | | | | |
| 13. JP Morgan Chase & Co. Alerian MLP | A | Interest | | | Sold | 05/08/15 | K | | |
| 14. Lazard Intl Strategy Equity | C | Dividend | L | T | | | | | |
| 15. Mainstay Large Cap Growth | E | Dividend | M | T | | | | | |
| 16. Oppeheimer Dev Markets | B | Dividend | | | Buy | 01/30/15 | J | | |
| 17. | | | | | Sold (part) | 05/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 09/22/15 | K | | |
| 19. Oppenheimer Sr. Floating Rt Y | B | Dividend | K | T | | | | | |
| 20. Pimco Fundmntl Adv Total Return | B | Dividend | | | Sold | 12/01/15 | K | | |
| 21. Hartford Small Cap Growth Class Y | C | Dividend | K | T | Buy | 01/30/15 | K | | |
| 22. JP Morgan Divers Mid Cap Growth | C | Interest | L | T | Sold (part) | 05/15/15 | J | | |
| 23. JP Morgan Equity Income Select Shares | C | Dividend | M | T | | | | | |
| 24. Swan Defined Risk Fund Class 1 | A | Dividend | K | T | | | | | |
| 25. Blackrock High Yield Bond Institutional | B | Int./Div. | K | T | Buy | 01/28/15 | K | | |
| 26. Columbia Multi Advs Small Cap Value R4 | C | Int./Div. | K | T | Buy | 01/28/15 | K | | |
| 27. Lazard Int'l Strategy Equity Port | A | Dividend | L | T | Buy | 01/28/15 | J | | |
| 28. Mainstay Large Cap Growth 1 | E | Dividend | M | T | | | | | |
| 29. Oppenheimer Int'l Small Mid Co. Y | A | Dividend | K | T | Buy | 05/08/15 | K | | |
| 30. Eagle MLP Strategy 1 | A | Dividend | | | Buy | 05/06/15 | K | | |
| 31. | | | | | Buy | 10/28/15 | K | | |
| 32. | | | | | Sold | 12/15/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McCarthy, Jeremiah J. | 10/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

By letter dated September 30, 2016, the Committee on Financial Disclosure has asked me to explain why an asset, listed at Part VII, Line 20 of last year's report ("Morgan Stanley Sm. Co. Gr.") was not listed on this year's report. After further inquiry to my financial advisor, the explanation is that Part VII, line 21 of last year's report erroneously listed the sale of that asset on October 15, 2014 as a partial sale, whereas in fact it was a complete sale. Therefore, I no longer owned the asset in 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/28/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremiah J. McCarthy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544